RICHARD D. SHAPERO, ESQ.
125 South 6th Street
Louisville, KY 40202
Telephone: (502) 587-1795
Facsimile: (502) 587-1796
E-Mail: attorney@shapero.net

Gary Griffin DMD
Jeff King DMD
Affordable High Tech Dentistry

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re:

E-Z PAY SERVICES, INC., a Navada Corporation

Debtor.

Case No: 3:06-bk-02474-JAF GLP
Chapter 7

**REQUEST FOR SPECIAL NOTICE**

Hearing Date: N/A
Hearing Time: N/A
Est. Time: N/A

TO: ALL INTERESTED PARTIES

Richard D. Shapero, Attorney for Gary Griffin, Jeff King, and Affordable High Tech Dentistry, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

Richard D. Shapero
Attorney at Law
125 South 6th Street
Louisville, KY 40202
Telephone: (502) 587-1795
Facsimile: (502) 587-1796
E-mail: attorney@shapero.net

RICHARD D. SHAPERO

By: _____
Richard D. Shapero, Esq.
125 South 6th Street
Louisville, KY 40202

Attorney for:
Gary Griffin, Jeff King, and
Affordable High Tech Dentistry

## CERTIFICATE OF MAILING

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Richard D. Shapero Attorney at Law; that I am over the age of 18 and not a party to the above referenced case, and that on this date I caused to be served a true and correct copy of the REQUEST FOR NOTICE as indicated:

   **BY MAIL:**

James H Past
225 Water Street, Suite 1800
Jacksonville, FL 32202

Robert Altman
PO Box 922
Palatka, FL 32178-0922

DATED August 25, 2006

Amy Arthur