UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    CASE NO. 3:06-bk-02474-JAF

EZ PAY SERVICES, INC., aka                              CHAPTER 7
EZ PAY HEALTH CARE aka
EZ PAY DENTAL aka EZ PAY MEDICAL

      Debtor.
_____/

## NOTICE OF TAKING 2004 EXAMINATION DUCES TECUM*

TO:   The corporate representative of the Debtor having the most knowledge and information concerning the financial matters of this Debtor, its relationship with Alternative Debt Portofolios, LLC and to matters affecting the administration of the estate ("Deponent").

**PLEASE TAKE NOTICE** that the undersigned attorney, pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, will take the deposition by oral examination of:

| **NAME AND ADDRESS** | **DATE AND TIME** | **PLACE** |
| --- | --- | --- |
| The Deponent named above:<br>c/o James H. Post, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32256 | November 13, 2006<br>1:30 p.m. (EST) | Gray Robinson, P.A.<br>50 N. Laura Street<br>Suite 165<br>Jacksonville, FL 32202 |

Said deposition will be taken before a Notary Public or other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purposes of

---

1

* Pending ruling on Debtor's Objection to *Alternative Debt Portfolios, LLC's Motion for Rule 2004 Examination Duces Tecum of the Debtor* scheduled for hearing on October 20, 2006.

ORL1\BANKRUPT\828816.1
38346/0001

discovery, for use at trial, or for such other purposes as are permitted under the applicable Rules of Civil Procedure.

YOU ARE REQUIRED TO PRODUCE ONE BUSINESS DAY PRIOR TO THE DATE OF THE DEPOSITION ALL DOCUMENTS LISTED ON THE ATTACHED EXHIBIT "A".

Amy N. Tirre
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Counsel for Alternative Debt Portfolio
5585 Kietzke Lane
Reno, Nevada 89511
(775) 852-3900 -Telephone
(775) 852-3982 -Facsimile
atirre@kkbrf.com

and

BROAD AND CASSEL
Local Counsel for Alternative Debt Portfolio
Suite 1400
390 North Orange Avenue
Orlando, Florida 32801
P. O. Box 4961 (32802-4961)
Phone: (407) 839-4200
Fax: (407) 650-0927

By:   /s/ Roy S. Kobert
―――――――――――――――
Roy S. Kobert, P.A.
Florida Bar #: 777153
rkobert@broadandcassel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, has been furnished via CM/ECF or U.S. Mail this 11th day of October, 2006 to Attorney for Debtor **James H. Post, Esquire,** Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Debtor:** E-Z Pay Services, Inc., 10748 Deerwood Park Blvd,

Suite 125, Jacksonville, FL 32256; Chapter 7 Trustee, **Robert Altman**, P.O. Box 922, Palatka, FL 32178-0922; **Jason B. Burnett, Esq.,** and **Kenneth Jacobs, Esq.,** Gray Robinson, P.A., 50 N Laura St., Ste 1675, Jacksonville Florida 32202-3611; **Office of the United States Trustee – JAX7**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and all parties requesting CM/ECF service.

        BROAD AND CASSEL
        Local Counsel for Alternative Debt Portfolio
        Suite 1400
        390 North Orange Avenue
        Orlando, Florida 32801
        P. O. Box 4961 (32802-4961)
        Phone: (407) 839-4200
        Fax: (407) 650-0927

        By:  */s/ Roy S. Kobert*
        _____
        Roy S. Kobert, P.A.
        Florida Bar #: 777153
        rkobert@broadandcassel.com

## **EXHIBIT A**

## **INSTRUCTIONS**

1. Unless otherwise indicated, the documents covered by these Requests are those in your possession, custody or control, including documents in the possession, custody and control of your current and former attorneys, insurers, investment advisors or agents.

2. A request for a document shall be deemed to include a request for any and all transmittal sheets, cover letters, exhibits, enclosures, or attachments to the document (with any and all notes thereon) in addition to the document itself.

3. A request for a document shall be deemed to include a request for all drafts and successive iterations thereof and all modifications thereto, in addition to the document itself.

4. If any document is withheld under any claim of privilege, including, without limitation, the work product doctrine or attorney-client privilege, you are to provide the following information: identify its author(s), addressee(s), indicated or blind copies, date, subject matter, number of pages, attachments or appendices, all recipients (including persons to whom the document was shown or its contents made known), and present custodian, and identify the nature of each claim of privilege.

5. Amendment or supplementation of responses is required pursuant to Fed. R. Bank. P. 7026(e) and Fed. R. Civ. P. 26(e).

6. Pursuant to Fed R. Bank. P. 7034 and Fed. R. Civ. P. 34(b), you are to produce the requested documents either as they are kept in the ordinary course of business or organized and labeled to correspond with the categories in these requests.

7. Pursuant to Fed R. Bank. P. 7034 and Fed. R. Civ. P. 34(b), if any part of a request is objected to, the reasons for the objection should be stated with particularity. If an objection is made to part of any item or category, the part should be specified.

8. Any request propounded in the disjunctive shall also be read as if propounded in the conjunctive and vice versa. Any request propounded in the singular shall also be read as if propounded in the plural and vice versa. Any request propounded in the present shall also be read as if also propounded in the past tense and vice versa.

9. Any reference to any corporation, limited liability company, partnership, association, or entity includes the present and former officers, executives, partners, directors, controlling shareholders, trustees, employees, agents, representatives, attorneys, accountants, and all other persons acting or purporting to act on behalf of such corporation, partnership, association, or entity and any of their parent corporations, holding companies, subsidiaries, affiliates, divisions, departments, predecessors and/or successors in interest.

## DEFINITIONS

Words in this Request for Production of Documents are defined as follows:

1. **"Accounts Receivable"** means and refers to the patient accounts receivables contemplated by the Agreements defined in paragraph 3.

2. **"ADP"** means and collectively refers to Alternative Debt Portfolios, LLC and Alternative Debt Portfolios, L.P.

3. **"Agreements"** means and refers to the (i) Purchase and Sale Agreement dated June 21, 2005, (ii) the Purchase Addendum dated July 15, 2005, and the

Assignments dated June 24, 2005, July 6, 2005, November 15, 2005, December 23, 2005, January 30, 2006, February 14, 2006, March 9, 2006, April 3, 2006, April 12, 2006, May 10, 2006 and June 8, 2006.

    4.    **"All"** means "any and all" and "any" means "any and all."

    5.    **"Concerning,"** "concerns" or "concern" all mean concerning, relating to, referring to, relying on, describing, memorializing, evidencing, reflecting or constituting in any way. When used to refer to a document it includes, but is not limited to, all documents now or previously attached or appended to any document called for by a request.

    6.    **"Document"** means and includes any matter within the scope of Fed. R. Civ. P. 34 including, any writing of any kind, or information in any form capable of being reduced to writing, including originals and all non-identical copies (whether different from the originals by reason of any notation made on such copies or otherwise), as well as, without limitation, correspondence, memoranda, notes, calendars, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, invoices, statements, receipts, returns, warranties, guarantees, summaries, pamphlets, books, prospectuses, intra-office and interoffice communications, offers, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, magazines, publications, printed matter, audiotapes, computer discs and CD Rom data (including software necessary to re ad the data in the English language), e-mail, other computer data and records, computer printouts, teletypes, telefaxes, invoices, work sheets, tapes, tape recordings, transcripts, graphic or audio records or representations of any kind, and all drafts, alterations, modifications, changes, and amendments of any

of the foregoing, of which you have knowledge or which are now or were formerly in your actual or constructive possession, custody or control. A draft or non-identical copy is a separate document within the meanings of this term.

7. **"E-Z Pay" or "Debtor"** means and refers to the Debtor, E-Z Pay Services, Inc. dba E-Z Pay Medical or dba E-Z Pay Dental.

8. **"Health Care Provider"** means and includes any person who provides health care including, but not limited to, dentists and chiropractors, who had any contractual or other business relationship with E-Z Pay Services, Inc. dba E-Z Pay Medical or dba E-Z Pay Dental.

9. **"Identify"** means:

(a) When used in connection with a person, that person's name, current residence and telephone number, business position and current business address and telephone number. (If information as to current address and telephone number is not available, give information as to last known address and telephone number.)

(b) When used in connection with a document, the nature of the document, its physical description, date, author, its current location, and identification of the current custodian.

(c) When used in connection with an oral communication, the nature of that communication, the parties to it, the date, place and substance of that communication and the identification of any document concerning it.

10. **"Including" or "includes"** means "including, but not limited to," and "including without limitation." This term is meant to be inclusive, not exclusive.

— 5 —

11. **"Person"** means and includes any natural person, firm, organization, trust, group, investigatory body, governmental unit, governmental agency or department, entity, corporation, association, partnership, limited partnership, joint venture, sole proprietorship, business, business entity, organization or institution.

12. **"You" or "Your"** means and refers to Debra Distler and the Chapter 7 Trustee, Robert Altman.

### REQUEST NO. 1:

Please identify and produce each and every document that evidences, references or relates to the allegation that the relationship between ADP and E-Z Pay was a lender-borrower relationship and not a buyer-seller relationship.

### REQUEST NO. 2:

Please identify and produce each and every document that evidences, references or relates to the allegation that the transactions between ADP and E-Z Pay were loans extended or advances made by ADP to E-Z Pay, rather than purchases of the Accounts Receivable.

### REQUEST NO. 3:

Please identify and produce each and every document that evidences, references or relates to the allegation that E-Z Pay owns the Accounts Receivable.

### REQUEST NO 4:

Please identify and produce each and every document that evidences, references or relates to the allegation that ADP was acting as a billing, servicing and/or collection agent for E-Z Pay for the Accounts Receivable.

**REQUEST NO 5:**

Please identify and produce each and every document that evidences, references or relates to the allegation that the Healthcare Providers own the Accounts Receivable.

**REQUEST NO 6:**

Please identify and produce each and every document that evidences, references or relates to the allegation that ADP had any obligation to pay the Healthcare Providers.

**REQUEST NO 7:**

Please identify and produce each and every document that evidences, references or relates to the allegation that there was a contractual relationship directly between E-Z Pay and Duvera Billing Services, LLC., and such contract(s), if any.

**REQUEST NO 8:**

Please produce each and every document that evidences, references or relates to the allegation that ADP had an obligation to pay E-Z Pay any monies collected from the patients' Accounts Receivable.

**REQUEST NO 9:**

Please identify and produce each and every document that evidences, references or relates to the Agreements, including any pre-execution or post execution negotiations, interpretations, implementation, objections or declared defaults in regard to the Agreements.