UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                        CASE NO. 3:06-bk-02474-GLP

E-Z PAY SERVICES, INC., aka                                   CHAPTER 7
E-Z PAY HEALTH CARE aka
E-Z PAY DENTAL aka E-Z PAY MEDICAL

    Debtor.
_____/

## CHAPTER 7 TRUSTEE'S MOTION FOR 2004 EXAMINATION

Pursuant to Federal Rule of Bankruptcy Procedure 2004, and other applicable law, ROBERT ALTMAN, in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for E-Z PAY SERVICES, INC., aka E-Z PAY HEALTH CARE aka E-Z PAY DENTAL aka E-Z PAY MEDICAL (the "Debtor"), seeks the order of this Court authorizing the Trustee to take the 2004 examination of Laurie Gawin, and states in support as follows:

1. On August 16, 2006, the Debtor filed its voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date").

2. The Trustee has good cause to believe that the Debtor is not capable of accurately disclosing its assets, liabilities, income and expenses as required by chapter 7 of the Bankruptcy Code. Moreover, the Trustee believes that substantial assets of the Debtor, as well as substantial information and documentation regarding the Debtor's business and financial affairs, were removed by third parties pre-petition.

3. The Trustee believes that additional information is required at this time to determine whether or not any non-disclosed or transferred assets exist and may be recovered in order to satisfy claims against the Debtor. The scope of the examination should be liberally construed to maximize efficiency in eliciting testimony required.

4. The Trustee believes that Laurie Gawin can provide information in her capacity as principal of Riverview Marketing, Inc., an entity that apparently had pre-petition financial transactions with the Debtor.

5. In order to adequately examine Laurie Gawin, the Trustee additionally requests authority to subpoena her.

6. The Trustee does not object to the attendance of other parties in interest at any examination authorized by the Court.

WHEREFORE, the Trustee respectfully requests the order of this Court authorizing the Trustee to take the 2004 examination of Laurie Gawin, and for such other additional relief as this Court deems necessary and appropriate.

**GrayRobinson, P.A.**

/s/ Jason B. Burnett
Jason B. Burnett
Florida Bar No. 822663
Kenneth B. Jacobs
Florida Bar No. 965080
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Tel: (904) 598-9929
Fax: (904) 598-9109

Attorneys for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

    I HEREBY certify that a copy of the foregoing pleading has been served electronically by the Court's CM/ECF system or U.S. mail, postage prepaid on the following:

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
jpost@sithhulsey.com

U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Laurie Gawin
5757 Hecksler Drive
Jacksonville, FL 32226-3109

EZ Pay Services, Inc.
10748 Deerwood Park Blvd.
Suite 125
Jacksonville, FL 32256

Laurie Gawin
12301 Kernan Forest Blvd., Apt. 2303
Jacksonville, FL 32225-7534

    This 1st day of November 2006.

                                              /s/ Jason B. Burnett
                                                Attorney

\710036\1 - # 9197 v1