**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

E-Z PAY SERVICES, INC.,                           CASE NO. 06-02474-PMG
                                                  CHAPTER 7
    Debtor.
_____/

**MOTION TO TERMINATE AUTOMATIC STAY**
**AND FOR ABANDONMENT OF PROPERTY**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, Florida 32202-4267 and serve a copy on the movant's attorney, John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, and the Chapter 7 Trustee, Robert Altman, PO Box 922, Palatka, Florida 32178-0922.
>
> If you file and serve an appropriate objection within the time permitted, **and the objection reveals factual or legal issues requiring a hearing**, the Court will schedule a hearing and you will be notified. Otherwise, the Court will consider the motion and the responses on the papers without further notice or hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    St. Matthews Dental Care Group, P.S.C. ("St. Matthews"), a creditor herein, by counsel and pursuant to 11 U.S.C. §§ 362(d) and 554(b), and Rules 4001, 6007(b) and 9014 of the Federal Rules of Bankruptcy Procedure, moves the Court to terminate the automatic stay and order the abandonment of the property more particularly described herein in order that St. Matthews may resort to its state court remedies to obtain possession of said property. As

grounds for its Motion, St. Matthews states as follows:

1. St. Matthews provides dental services in Louisville, Kentucky.

2. The Debtor, E-Z Pay Services, Inc. ("EZ-Pay"), is or was in the business of assisting dental and medical providers in the collection of amounts owed by those providers' patients for dental and/or medical services, and remitting payment, minus E-Z Pay's fee, to such providers.

3. On or about May 24, 2005, St. Matthews and E-Z Pay entered into an E-Z Pay Dental Contract (the "Contract") pursuant to which E-Z Pay would perform collection services for St. Matthews to collect the amounts due to St. Matthews from its patients.

4. The Contract required E-Z Pay to collect monthly payments from St. Matthews' clients and remit those collections, minus E-Z Pay's fee, to St. Matthews.

5. St. Matthews last received a payment from E-Z Pay in June 2006, although E-Z Pay remains obligated to continue performing under the Contract.

6. On or about August 16, 2006, E-Z Pay filed a petition for relief under Chapter 7 of the Bankruptcy Code in this Court. The Trustee took no steps to assume the Contract within sixty (60) days after the filing of the petition, nor did the Court, within that 60 day period, extend the Trustee's time to assume or reject the Contract. Accordingly, the Contract is deemed rejected under 11 U.S.C. § 365(d)(1).

7. On or about October 12, 2006, St. Matthews filed its Proof of Claim in the amount of $460,677.70. A true and accurate copy of the Proof of Claim is attached hereto as **Exhibit A**.

8. Despite E-Z Pay's contractual obligation to pay St. Matthews on an ongoing basis, neither E-Z Pay nor any agent or servicer thereof has paid or accounted to St. Matthews for the payment of amounts due under the Contract for over a year.

9. The Contract and the underlying patient accounts are property of St. Matthews, and St. Matthews is entitled to an Order from this Court requiring E-Z Pay to immediately turn over possession of the patient accounts described on the attached proof of claim.

10. St. Matthews thus requests this Court to terminate the automatic stay so it may recover possession and control of its accounts under the Contract. Because the Estate has no further interest in the Contract, E-Z Pay lacks any equity in it, and the Contract is not necessary for an effective reorganization as this is a Chapter 7 case and no reorganization is contemplated. Accordingly, the relief requested herein should be granted.

11. Additionally, because the Estate lacks an interest in the Contract, the Contract is of inconsequential value and benefit to the Estate, and the Court should forthwith order the abandonment of the Contract.

WHEREFORE, St. Matthews Dental Care Group, P.S.C. moves the Court to terminate the automatic stay and Order the immediate abandonment of the Contract to allow it to protect its rights in the accounts under the Contract, and grant all other relief to which St. Matthews Dental Care Group, P.S.C. may be entitled.

Respectfully submitted,

AKERMAN SENTERFITT

By: */s/ John B. Macdonald*
John B. Macdonald
Florida Bar No.: 230340
Email: john.macdonald@akerman.com
Mark S. Mitchell
Florida Bar No.: 0018039
Email: mark.mitchell@akerman.com
50 North Laura Street, Suite 2500
Jacksonville, FL  32202
Telephone:  (904) 798-3700
Facsimile:  (904) 798-3730

and

Michael W. McClain
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, #2500
Louisville, Kentucky  40202-2898
502.589.5235

Counsel for St. Matthews Dental Care Group, P.S.C.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail this 31st day of August, 2007, to:

| | |
|---|---|
| EZ Pay Services, Inc.<br>c/o Debra Distler, CEO<br>1392 Moos Creek Drive<br>Jacksonville, FL 32221<br><br>Debtor | Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202<br><br>Counsel for Trustee |
| Robert Altman, Esq.<br>P.O. Box 922<br>Palatka, FL 32178-0922<br><br>Counsel for Trustee | United States Trustee – JAX7, 7<br>135 West Central Boulevard, Suite 620<br>Orlando, FL 32801 |

                                                  */s/ John B. Macdonald*
                                                  Attorney