**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

                                                    Case No. 3:06-bk-02474-PMG

E-Z Pay Services, Inc.,

             **Debtor(s). /**

## TRUSTEE'S OBJECTION TO TARDILY FILED CLAIMS

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this objection to proof of claim without further notice or hearing unless a party in interest files and objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267, and serve a copy on Robert Altman, Trustee, P.O. Box 922, Palatka, FL 32178-0922.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Claimants receiving this objection should locate their name below in alphabetical order, indicating claim number, claim amount, and reason for objection.

COMES NOW Robert Altman, Trustee, and objects to the following claim(s):

Claim No. 436 filed by Dr. Thad Taylor IV, DDS as an unsecured claim in the amount of $17,317.45 on the basis it is tardily filed and should be subordinated to other unsecured claims.

Claim No. 437 filed by Appletree Family & Cosmetic Dentistry as an unsecured claim in the amount of $152,675.48 on the basis it is tardily filed and should be subordinated to other unsecured claims.

Claim No. 438 filed by Brea Dental Group as an unsecured claim in the amount of $22,908.91 on the basis it is tardily filed and should be subordinated to other unsecured claims.

Claim No. 448 filed by Rdean M. Clark, DMD, PC as an unsecured claim in the amount of $11,179.18 on the basis it is tardily filed and should be subordinated to other unsecured claims.

Claim No. 442 filed by Dream Smile Dental as an unsecured claim in the amount of $5,879.12 on the basis it is tardily filed and should be subordinated to other unsecured claims.

Claim No. 439 filed by Gregory W. Ling, DDS, PA as an unsecured claim in the amount of $4,815.63 on the basis it is tardily filed and should be subordinated to other unsecured claims.

Claim No. 446 filed by David B. Littlefield, DDS as an unsecured claim in the amount of $38,609.75 on the basis it is tardily filed and should be subordinated to other unsecured claims.

Claim No. 440 filed by Metro Dental as an unsecured claim in the amount of $29,977.00 on the basis it is tardily filed and should be subordinated to other unsecured claims..

Claim No. 443 filed by Dr. Rocky Dhaliwal, Redwood Shores Dental Care as an unsecured claim in the amount of $149,103.42 on the basis it is tardily filed and should be subordinated to other unsecured claims.

WHEREFORE, the Trustee requests the Court sustain the Objection and disallow the claim(s) as indicated.

**ROBERT ALTMAN, P.A.**

*/S/ Robert Altman*

**Robert Altman, Trustee**
**Florida Bar No. 346861**
**P.O. Box 922**
**Palatka, FL 32178-0922**
**(386) 325-4691**
**(386) 325-9765 Facsimile**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing Objection to Claim(s) was mailed to the Office of the United States Trustee electronically through the Court CM/ECF Electronic Filing System; and to the following per the attached mailing matrix on February 19, 2008 by U. S. Mail first class, postage prepaid.

**ROBERT ALTMAN, P.A.**

*/S/ Robert Altman*

**Robert Altman, Trustee**

E-Z Pay Services

c/o Debbie Distler
1015 Atlantic Blvd., #310
Atlantic Beach, FL 32233

Office of the United States Trustee

135 West Central Blvd., # 620
Orlando, FL 32801

Appltree Family & Cosmetic Dentistry
c/o Cindy Britten
517 N. Mur Len
Olathe, KS 66062

Brea Dental Group
c/o John Whitworth, DDS
503 E. Imperial Hwy.
Breah, CA 92821

Rdeam M. Clark, DMD, PC
561 E. 2780 N.
Provo, UT 84604

Dream Smile Dental
2184 Washington St.
Canton, MA 02021

Gregory W. Ling, DDS
7766 Hwy. 65 NE
Spring Lake Park, MN 55432-2832

David B. Littlefield, DDS
890 Eastlake Pkwy, Suite 300
Chula Vista, CA 91914

Metrodental
c/o Richard D. Shapero
125 South 6th Street
Louisville, KY 40202

Redwood Shores Dental Care
c/o Dr. Rocky Dhaliwal
278 Redwood Shores Pkwy.
Redwood City, CA 94065

Dr. Thad Taylor IV, DDS
c/o Richard Shapero
125 South 6th Street
Louisville, KY 40202